UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER LEE JONES,

    Plaintiff,

v.

JOHN FAGER, et al.,

    Defendants.

_____/

Case No. 1:23-cv-471

HON. JANE M. BECKERING

# ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendants John Fager, Kyle Traptow, Mark Baldwin (also named as "James Baldwin" in the complaint), and Matthew Farber (named as "Unknown Farber" in the complaint) filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on June 12, 2024, recommending that this Court deny Defendants' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 18) is DENIED.

Dated: July 10, 2024

                  /s/ Jane M. Beckering
                JANE M. BECKERING
                United States District Judge